1172

part in the consideration or decision of this petition. ■

No. 98–1003. GIRRES ET AL. v. BORMANN ET AL. Sup. Ct. Iowa. Motion of National Pork Producers Council et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition. ■